UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY, JR. (#112218)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-94-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 5, 2011 (doc. no. 34). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to dismiss filed on behalf of Burl Cain is GRANTED and the claims against him are DISMISSED and this matter is referred back to the magistrate judge for further proceedings on the plaintiff's medical indifference claim.

Baton Rouge, Louisiana, this 1ST day of November, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA